JOANNA PARNES, State Bar No. 278974
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
jparnes@baylegal.org
Phone: (510) 663-4744 x5214
Fax:   (510) 663-4740

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Jerry Huggins,<br>    Plaintiff,<br>  v.<br><br>Nancy A. Berryhill,<br>Acting Commissioner of Social Security,<br><br>    Defendant | 4:17-cv-02566-KAW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR FIRST EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND |
|---|---|

    The parties hereto, by and through their undersigned attorneys, hereby stipulate that Plaintiff, Jerry Huggins, shall have an additional sixty-three days, until March 20, 2018, in which to file and serve a motion for summary judgment or remand in this action. This is the first stipulation for extended time requested by Plaintiff in this matter and is necessary for Plaintiff to sufficiently review the record and draft the motion due to unexpected and unavoidable workload demands.

    The parties further stipulate that the Court's Procedural Order for Social Security Review Actions shall be modified accordingly.

Dated:  January 10, 2018          By:____/s/_____

                                           Joanna Parnes

                                           Attorney for Plaintiff

1

Dated: January 10, 2018    By: __/s___ (as authorized via email)

Tina Laxmi Naicker

Office of General Counsel

Social Security Administration

[PROPOSED] ORDER:

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated:   1/11/18    By: *Kandis Westmore*

U.S. Magistrate Kandis A. Westmore

2

STIPULATION AND PROPOSED ORDER FOR FIRST EXTENSION OF TIME FOR FILING MOTION FOR SUMMARY JUDGMENT OR REMAND - 4:17-cv-02566-KAW